**CAROL J. BERNICK, OSB #89409**
carolbernick@dwt.com
**KATHLEEN R. DENT, OSB #96500**
kathydent@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

  Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| RICHARD KUYAT,<br><br>            PLAINTIFF,<br><br>v.<br><br>APPLIED MATERIALS, INC.,<br><br>            DEFENDANT. | Case No. 03-CV-1366-HA<br><br>**DEFENDANT'S MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED** |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant Applied Materials, Inc. respectfully moves the Court for an Order dismissing plaintiff's first and second claims for relief for failure to state a claim. This Motion is supported by the Memorandum of Law filed herewith.

Pursuant to Local Rule 7.1(a), counsel for defendant certifies that the parties have conferred in good faith through telephone communication concerning the subject of this Motion, but

have been unable to resolve their dispute.

DATED this 10th day of October, 2003.

          DAVIS WRIGHT TREMAINE LLP

By /s/ Carol J. Bernick
    CAROL J. BERNICK, OSB #89409
    KATHLEEN R. DENT, OSB #96500
    (503) 241-2300
    Of Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **DEFENDANT'S MOTION TO DISMISS** on:

Richard Kuyat
17239 NW Ivybridge Street
Portland, OR  97229
Telephone 530/531-8723

Plaintiff Pro Se

☒ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said attorney's last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorney on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said attorney's last-known address on the date set forth below; or

☐ by faxing a copy thereof to said attorney at his/her last-known facsimile number on the date set forth below.

Dated this ____ day of October, 2003.

DAVIS WRIGHT TREMAINE LLP


By: _____/s/ Carol J. Bernick_____
       CAROL J. BERNICK, OSB #89409
       Of Attorneys for Defendant

Page 1 - CERTIFICATE OF SERVICE

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon  97201 · (503) 241-2300

PDX 1071265v1 49220-3
Portland