IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD KUYAT,

        Plaintiff,

    v.

APPLIED MATERIALS, INC.,

        Defendants.

Civil No. CV 03-1366-MO

JUDGMENT

**MOSMAN, J.**

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this action is DISMISSED, with prejudice.

Pending motions, if any, are DENIED AS MOOT.

    DATED this  19th day of August, 2004.


                                        /s/ Michael W. Mosman
                                        Michael W. Mosman
                                        United States District Judge

1 - JUDGMENT