**CAROL J. BERNICK, OSB #89409**
carolbernick@dwt.com
**CAROL A. NOONAN, OSB #02407**
carolnoonan@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

 Of Attorneys for Applied Materials, Inc.


## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **RICHARD KUYAT, an individual**<br><br>    **PLAINTIFF,**<br><br>  v.<br><br>**APPLIED MATERIALS, INC., a Delaware Corporation**<br><br>    **DEFENDANT.** | Case No. CV-03-1366-MO<br><br>**AFFIDAVIT OF CAROL A. NOONAN IN SUPPORT OF DEFENDANT'S COST BILL** |

STATE OF OREGON  )
         ) ss.
County of Multnomah  )

  I, Carol A. Noonan, being duly sworn do depose and say:

    1.  I am one of the attorneys representing defendant Applied Materials, Inc.

("Applied Materials") in this matter. I make this Affidavit in support of Defendant's Cost Bill.

    2.  The following billable costs have been incurred as fees of the Court Clerk:

    10/3/03   District Court Filing Fee      $ 150.00

    3.  The following billable costs have been incurred for court reporting and/or

transcription fees for plaintiff's deposition in this case:

    5/6/04   Deposition of Richard Kuyat    $ 852.00

Page 1 - AFFIDAVIT OF CAROL A. NOONAN IN SUPPORT OF DEFENDANT'S COSTS BILL

Attached as Exhibit A is the invoice for transcription fees for this deposition.

       4.     In addition to the transcription fees for plaintiff's deposition, Applied Materials seeks recovery of the cost of deposition transcripts for Applied Materials' personnel deposed by plaintiff:

| | | |
|---|---|---|
| 5/28/04 | Depositions of Terri Driggars and Craig Hutchens | $ 330.00 |
| 6/2/04 | Deposition of Kelly Junk | $ 121.00 |
| Total: | | $ 451.00 |

These deposition transcripts were necessary to Applied Materials' motion for summary judgment and were cited by Applied Materials in support of that motion. The depositions were also cited by plaintiff in opposition to Applied Materials' motion. Accordingly, these costs should be recoverable. Attached as Exhibit B is the invoice for transcription fees for these depositions.

       5.     Applied Materials requests $256.80 as payment for the 1605 pages of documents produced to opposing counsel (at a cost of 16¢ per page).

       6.     Applied Materials also is entitled to docket fees of $35.00 pursuant to 28 U.S.C. § 1923 for the final hearing, motion for judgment, and depositions admitted into evidence.

       7.     Pursuant to 28 U.S.C. § 1924, I verify that the above information is true and correct and that the costs were actually and necessarily incurred in this case.

                               Carol A. Noonan

SUBSCRIBED AND SWORN to before me this _2nd_ day of September 2004.

                               NOTARY PUBLIC FOR OREGON
                               My Commission Expires: 04 21 07

```
OFFICIAL SEAL
EILEEN KELLY
NOTARY PUBLIC—OREGON
COMMISSION NO. 367849
MY COMMISSION EXPIRES APR 21, 2007
```

Page 2 - AFFIDAVIT OF CAROL A. NOONAN IN SUPPORT OF DEFENDANT'S COSTS BILL

Beovich Walter & Friend, Inc.
Certified Court Reporters
1001 SW 5th Avenue, Suite 1200
Portland, OR 97204
(503) 228-7201   Fax (503) 228-3978

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 117086 | 05/06/2004 | 01-34640 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/30/2004 | STEIKA | 03CV1366MO |

| CASE CAPTION |
|---|
| Kuyat vs. Applied Materials |

| TERMS |
|---|
| Net 30 |

Carol J. Bernick
Davis Wright Tremaine LLP
1300 SW Fifth Avenue
Suite 2300
Portland, OR 97201

```
ORIGINAL TRANSCRIPT / WORDLIST
   Richard Kuyat                      171 Pages              598.50
         REPORTER ATTENDANCE          4.50 Hours             225.00
         ASCII DISKETTE(S)                                    15.00
         PHOTOCOPIES / TABS           14.00 Pages              3.50
         DELIVERY                                             10.00
                                                          ─────────
                              TOTAL  DUE  >>>>              852.00

                          AFTER 06/05/2004 PAY              864.78


MiniTran -  NO CHARGE
Thank You!!
```

EXHIBIT A

PAGE

TAX ID NO.: 93-0522014

Beovich Walter & Friend, Inc.
Certified Court Reporters
1001 SW 5th Avenue, Suite 1200
Portland, OR 97204
(503) 228-7201   Fax (503) 228-3978

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 117410 | 05/28/2004 | 01-34674 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/05/2004 | STEIKA | 03CV1366MO |

| CASE CAPTION |
|---|
| Kuyat vs. Applied Materials |
| **TERMS** |
| Net 30 |

**RECEIVED**

**JUN 0 3 2004**

**DAVIS WRIGHT TREMAINE**

Carol J. Bernick
Davis Wright Tremaine LLP
1300 SW Fifth Avenue
Suite 2300
Portland, OR 97201

```
COPY OF TRANSCRIPT / WORDLIST
    Terri Driggars                    92 Pages            161.00

COPY OF TRANSCRIPT / WORDLIST
    Craig Hutchens                    67 Pages            117.25
        ASCII DISKETTE(S)      2.00                        30.00
        PHOTOCOPIES / TABS    47.00 Pages                  11.75
        DELIVERY                                           10.00
                                                          _____
                              TOTAL   DUE   >>>>          330.00

                          AFTER 06/27/2004 PAY            334.95


MiniTran -  NO CHARGE
Thank You!!
```

TAX ID NO.: 93-0522014                    (503) 241-2300    Fax (503) 778-5299

*Please detach bottom portion and return with payment.*

Carol J. Bernick
Davis Wright Tremaine LLP
1300 SW Fifth Avenue
Suite 2300
Portland, OR 97201

```
Invoice No.:  117410
Date        :  05/28/2004
TOTAL DUE   :     330.00
AFTER 6/27/2004 PAY : 334.95


Job No.   :  01-34674
Case No.  :  03CV1366MO
Kuyat vs. Applied Materials
```

Remit To:   **Beovich Walter & Friend, Inc.**
            **Certified Court Reporters**
            **1001 SW 5th Avenue, Suite 1200**
            **Portland. OR 97204**

EXHIBIT 

PAGE  1

Beovich Walter & Friend, Inc.
Certified Court Reporters
1001 SW 5th Avenue, Suite 1200
Portland, OR 97204
(503) 228-7201   Fax (503) 228-3978

# I N V O I C E

RECEIVED
JUN 15 2004
DAVIS WRIGHT TREMAINE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 117511 | 06/04/2004 | 01-34954 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 06/02/2004 | FRAZPA | CV031366MO |

| CASE CAPTION |
|---|
| Kuyat vs. Applied Materials |

| TERMS |
|---|
| Net 30 |

Carol J. Bernick
Davis Wright Tremaine LLP
1300 SW Fifth Avenue
Suite 2300
Portland, OR 97201

```
COPY OF TRANSCRIPT / WORDLIST
   Kelly Junk                         54 Pages              94.50
        ASCII DISKETTE(S)                                   15.00
        PHOTOCOPIES / TABS         6.00 Pages                1.50
        DELIVERY                                            10.00
                                                         _____
                            TOTAL   DUE  >>>>             121.00

                            AFTER 07/04/2004 PAY          122.82

MiniTran -  NO CHARGE
Thank You!!
```

TAX ID NO.:  93-0522014                          (503) 241-2300    Fax (503) 778-5299

*Please detach bottom portion and return with payment.*

Carol J. Bernick
Davis Wright Tremaine LLP
1300 SW Fifth Avenue
Suite 2300
Portland, OR 97201

```
Invoice No.:  117511
Date      :  06/04/2004
TOTAL DUE :      121.00
AFTER 7/4/2004 PAY :  122.82


Job No.   :  01-34954
Case No.  :  CV031366MO
Kuyat vs. Applied Materials
```

Remit To:   **Beovich Walter & Friend, Inc.**
            **Certified Court Reporters**
            **1001 SW 5th Avenue, Suite 1200**
            **Portland, OR 97204**

EXHIBIT  B
PAGE  2

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **AFFIDAVIT OF CAROL a. NOONAN IN SUPPORT OF DEFENDANT'S COSTS BILL** document on:

> Gerald Brask
> Attorney at Law
> 4475 SW 185th Avenue
> Aloha, OR  97007

> Attorney for Plaintiff

☑      by causing a copy to be electronically mailed to said attorneys at their last-known e-mail address by way of the US District Court's ECF system on the date set forth below.

☐      by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said attorneys' last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

☐      by causing a copy thereof to be hand-delivered to said attorneys' address as shown above on the date set forth below;

☐      by personally handing a copy thereof to said attorneys on the date set forth below;

☐      by faxing a copy thereof to said attorneys at their last-known facsimile number on the date set forth below.

Dated this 2nd day of September, 2004.

DAVIS WRIGHT TREMAINE LLP

By: _____
CAROL J. BERNICK, OSB #89409
CAROL A. NOONAN, OSB #02407
Of Attorneys for Defendant

Page 3 - AFFIDAVIT OF CAROL A. NOONAN IN SUPPORT OF DEFENDANT'S COSTS BILL